UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL No.
19-10004-ADB

UNITED STATES OF AMERICA

v.

LENIN ALFRED AMPARO

**FINAL STATUS REPORT**

May 30, 2019

DEIN, M.J.

A Final Status Conference was held before this court on May 30, 2019 pursuant to the provisions of Local Rule 116.5(c). Based on that Conference, this court enters the following report and orders to wit:

1. The parties request that the District Judge schedule an initial status conference no sooner than 30 days from the date of this Report. The defense is researching issues related to deportation that may affect the defendant's plea decision.

2. Discovery is complete except for that discovery not yet due under the Local Rules. There are no anticipated or outstanding discovery disputes.

3. The government will produce its expert discovery 21 days prior to trial. The defendant will make his expert witness disclosures 14 days before trial.

4. Based upon the prior orders of the court dated January 23, 2019, February 28, 2019, March 26, 2019, April 30, 2019 and the order entered contemporaneously herewith, at the time of the initial status conference before the District Judge there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

5. It is too early to determine if a trial will be necessary. It is estimated that a trial will last five days.

6. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

                                                  / s / Judith Gail Dein
                                                 JUDITH GAIL DEIN
                                                 UNITED STATES MAGISTRATE JUDGE